# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2012-5129

DISTRIBUTED SOLUTIONS, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee,

and

COMPUSEARCH SOFTWARE SYSTEMS, INC.,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in case no. 12-CV-274, Judge George W. Miller.

Authorized Abbreviated Caption[2]

DISTRIBUTED SOLUTIONS, INC. v. US, 2012-5129

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.